### IN THE U.S. DISTRICT COURT FOR THE
### EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROLYN J. DeLARA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. 09-02704-GP |
| | : | |
| PHELAN HALLINAN & SCHMIEG, LLP, | : | |
| | : | |
| Defendant. | : | |

### **ENTRY OF APPEARANCE**

Please enter my appearance as counsel for the Plaintiff in this matter. I am admitted to practice in the Eastern District of Pennsylvania.

                    Respectfully submitted,

                    /s/Judith A. Gran
                    Attorney ID No. 40134
                    Reisman Carolla Gran, LLP
                    19 Chestnut Street
                    Haddonfield, NJ 08033
                    (856) 354-0061
                    jgran@reismancarolla.com

February 17, 2010

## CERTIFICATE OF SERVICE

I, Judith A. Gran, Esquire, certify that on February 17, 2010, I caused a true and correct copy of the foregoing Entry of Appearance to be deposited in the Court's Electronic Case Filing (ECF) system, thereby causing it to be served automatically upon the following counsel of record:

Dashika R. Wellington, Esquire
Wilentz Goldman & Spitzer
Two Penn Center, Suite 910
Philadelphia, PA  19102

Daniel M. Fennick, Esquire
Anderson, Converse & Fennick, P.C.
1423 East Market Street
York, PA 17403

/s/Judith A. Gran
Reisman Carolla Gran, LLP
19 Chestnut Street
Haddonfield, NJ 08033
(856) 354-0061
jgran@reismancarolla.com